# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MEIR J. ZAMSTEIN** and **ELIANA H. ZAMSTEIN,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION,** Not in Its Individual Capacity
But Solely as Trustee for The RMAC Trust, Series 2016-CTT,
Appellee.

No. 4D19-660

[March 12, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE 08-007879.

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellants.

Richard S. McIver and H. Michael Muñiz of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***